IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA A. WOLFE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and LERNER NEW YORK, INC.,<br><br>    Defendant. | Case No. 13-cv-159-JPG-DGW |

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Theresa A. Wolfe's motion to file an amended memorandum in support of summary judgment "in order to add the Table of Contents and Table of Authorities to conform with [L]ocal [R]ule 7.1" (Doc. 26). Local Rule 7.1 has no requirement that a memorandum in support of a motion include a table of contents or table of authorities. Accordingly, the Court **DENIES** Wolfe's motion (Doc. 26).

**IT IS SO ORDERED.**

**DATED:** November 19, 2013

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**